IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRANS AMERICAN BROKERAGE, INC.      :
                                    :
    Claimant,                       :
                                    :
v.                                  :   Case No. 02-CV-3810
                                    :
MRS. SMITH'S BAKERIES, INC.,        :
                                    :
    Respondent.                     :

## MOTION PURSUANT TO LOCAL RULE 83.5.2 FOR ADMISSION OF R. MATTHEW MARTIN TO THE BAR OF THIS COURT PRO HAC VICE

THE UNDERSIGNED, John E. Iole, pursuant to E.D.Pa. LR 83.5.2, and as a member of the Bar of the United States District Court for the Eastern District of Pennsylvania, respectfully moves that R. Matthew Martin, an attorney with the firm of Jones, Day, Reavis & Pogue, 3500 SunTrust Plaza, 303 Peachtree Street, Atlanta, Georgia 30383-3242, be admitted to appear and practice in this Court in the instant case as counsel pro hac vice for respondent, Mrs. Smith's Bakeries, Inc. In support of this motion, I state:

1.    Mr. Martin is a member of the Bar of the State of Georgia as well as the following: (a) the Georgia Supreme Court and Court of Appeals; (b) the United States District Courts for the Middle and Northern Districts of Georgia; (c) the United States District Court for the Eastern District of Tennessee; (d) the United States Courts of Appeal for the Third, Fourth and Eleventh Circuits; and (e) the United States Tax Court.

2.    Mr. Martin is a member of the Bar in good standing in every jurisdiction in which he has been admitted to practice;

3.    There are no disciplinary proceedings pending against Mr. Martin as a member of the Bar in any jurisdiction; and

AT 1188263 v1

4.    Mr. Martin is familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

I certify that I know that the applicant is a member in good standing of the Bar of the State of Georgia and that the applicant's private and professional character is good.

WHEREFORE, his admission is moved this 24th day of June, 2002.

Respectfully submitted,

John E. Iole
Pa. I.D. #47768

JONES, DAY, REAVIS & POGUE
500 Grant Street, 31st Floor
Pittsburgh, PA  15219
(412) 391-3939

Dated: June 24, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRANS AMERICAN BROKERAGE, INC. : <br> : <br> Claimant, : <br> : <br> v. : Case No. 02-CV-3810 <br> : <br> MRS. SMITH'S BAKERIES, INC., : <br> : <br> Respondent. : | |

## ORDER

AND NOW, this __ day of _____, 2002, upon considering the motion to admit R. Matthew Martin as counsel <u>pro hac vice</u> for Respondent, Mrs. Smith's Bakeries, Inc. ("Respondent") in the above-captioned action, it is hereby ordered that R. Matthew Martin is admitted in this case as counsel <u>pro hac vice</u> for Respondent.

BY THE COURT

_____, J.

## CERTIFICATE OF
## R. MATTHEW MARTIN

I, R. Matthew Martin, an attorney with the firm of Jones, Day, Reavis & Pogue, 3500 SunTrust Plaza, 303 Peachtree Street, Atlanta, Georgia 30383-3242, hereby certify, under penalties of perjury that:

1. I am a member of the Bar of the State of Georgia as well as the following: (a) the Georgia Supreme Court and Court of Appeals; (b) the United States District Courts for the Middle and Northern Districts of Georgia; (c) the United States District Court for the Eastern District of Tennessee; (d) the United States Courts of Appeals for the Third, Fourth and Eleventh Circuits; and (e) the United States Tax Court;

2. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice;

3. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction; and

4. I am familiar with the Local Rules of the United States District Court for the Eastern District of Pennsylvania.

Under penalties of perjury, this 21st day of June, 2002.

R. Matthew Martin
(Ga. Bar No. 473450)
Jones, Day, Reavis & Pogue
3500 SunTrust Plaza
303 Peachtree Street
Atlanta, Georgia 30383-3242
(404) 521-3939

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion Pursuant to Local Rule 83.5.2 for Admission of R. Matthew Martin to the Bar of this Court Pro Hac Vice, was served upon the following counsel of record via first-class U. S. Mail as follows:

>Wayne A. Mack, Esq.
>Duane Morris LLP
>One Liberty Place
>Philadelphia, Pennsylvania   19103-7396

Dated: June 24, 2002

_____
Attorney for Respondent
Mrs. Smith's Bakeries, Inc.